UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11 CR 108 CDP (NAB) |
| SANG JOON YOON, | ) ) ) |
| Defendant. | ) |

## ORDER

On this 25th day of April, 2011, comes for attention of the Court a motion of the United States for an Order, pursuant to 18 U.S.C. § 3771(d), authorizing alternative victim notification procedures. After examining the application the Court finds:

(A) That the number of potential crime victims in this matter renders compliance with the notification procedures in 18 U.S.C. § 3771(a)-(c) impracticable; and

(B) That the alternative notification procedures proposed by the government are reasonable, sufficient and will not unduly complicate or prolong these proceedings.

**IT IS THEREFORE ORDERED** that the United States may provide notice to Advanced Investigative Services, of Nashville, Illinois, rather that to individual potential victims.

**SO ORDERED** this 26th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE